# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Corbett,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-16-00656-PHX-GMS<br><br>**ORDER** |

Pursuant to the Stipulation (Doc. 42) filed by Plaintiff and Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Experian Information Solutions, Inc. is dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 11th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge